JS-6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE ORNELAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, warden,<br><br>　　　　Respondent. | Case No. CV 14-05773 DOC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: July 31, 2014

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY